# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1481

_____

|  |  |  |
|---|---|---|
| Douglas W. Haskins, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Russell Rogerson, | * | Southern District of Iowa. |
| | * | |
| Appellee. | * | [UNPUBLISHED] |

_____

Submitted: October 1, 2001
Filed: October 2, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Douglas W. Haskins shot his wife and was sentenced to three consecutive terms of imprisonment after an Iowa jury found him guilty of multiple offenses. He argued on direct appeal, as he does in this 28 U.S.C. § 2254 proceeding, that his trial counsel was ineffective for failing to assert a double jeopardy challenge to the imposition of consecutive prison terms. See State v. Haskins, 573 N.W.2d 39, 42-44 (Iowa Ct. App. 1997) (en banc). Like the district court, we find the decision of the Iowa Court of Appeals was neither contrary to, nor an unreasonable application of, clearly established federal law as determined by the Supreme Court. See Siers v. Weber, 259 F.3d 969, 972 (8th Cir. 2001) (standard of review).

Accordingly, we affirm the denial of habeas relief.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.